**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:** **POWER COOLING CONTROLS INC.** **DEBTOR** | **CASE NO. 16-09134 ESL** **CHAPTER 11** |

**ANSWER TO DEBTOR'S OBJECTION TO CLAIM NO. 3**

**TO THE HONORABLE COURT:**

**COMES NOW**, The Treasury Department of the Commonwealth of Puerto Rico, herein "the Treasury Department", through the Secretary of Justice, by the undersigned counsel, and respectfully states and prays as follows:

1. This Honorable Court has jurisdiction under Title 28 USC §1334, and venue under Title 28 USC §1408.

2. On November 17, 2016, Debtor filed the instant petition for relief under Chapter 11.

3. On March 27, 2017, the Treasury Department filed Proof of Claim No. 3 for an unsecured Priority claim for the amount of $327,239.40 and $108,612.65 unsecured Non-priority claim, for a total of $435,852.05. Please see Bankruptcy Claims Register, under claims no. 3-1.

4. Debtor filed an objection to the Proof of Claim No. 3 on April 9, 2017. Please see Docket 36.

5. On April 20, 2017, Treasury Department filed an Amended Proof of Claim No. 3.

ANSWER TO DEBTOR'S OBJECTION TO CLAIM NO 3   2
IN RE: POWER COOLING CONTROLS, INC.
CASE NO. 16-09134 ESL

6. The Amended Proof of Claim No. 3-2, includes an unsecured Priority claim for the amount of $689.50 and $705.90 unsecured Non-priority claim, for a total of $1,395.40. Please see Bankruptcy Claims Register, under claims no. 3-2.

7. Therefore, the filing of claim No. 3-2 renders the objection moot.

**WHEREFORE**, the Treasury Department of the Commonwealth of Puerto Rico respectfully prays from this Honorable Court to deny the Debtor's objection to claim 3 included in Docket No. 36, as moot.

### CERTIFICATE OF SERVICE

**I hereby certify** that on this same date a true and correct copy of the present *motion* was electronically filed with the clerk of the Court using CM/ECF System which will send notification of such filing at the authorized address to Atty. Monsita Lecaroz Arribas, US Trustee and to the Attorney for Debtor, Lyssette Morales Vidal, and to all the Creditors disclosed under the List of Creditors.

RESPECTFULLY SUBMITTED.
In San Juan, Puerto Rico, this 9 day of May 2017.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice of the Commonwealth of Puerto Rico

**WANDYMAR BURGOS VARGAS**
Acting Deputy in Charge of General Litigation

2

**ANSWER TO DEBTOR'S OBJECTION TO CLAIM NO 3** 3
IN RE: POWER COOLING CONTROLS, INC.
CASE NO. 16-09134 ESL

**SUSANA PENAGARICANO BROWN**
Acting Director of Federal Litigation
and Bankruptcy

*//S// MIGDA LIZ RODRÍGUEZ COLLAZO*
**MIGDA LIZ RODRÍGUEZ COLLAZO, ESQ**
U.S.D.C. NO. 224608
Attorney
Federal Litigation Division

DEPARTMENT OF JUSTICE OF THE
COMMONWEALTH OF PUERTO RICO
P.O. Box 9020192
San Juan, PR 00902-0192
Phone 787 721-5636/8010
Fax. (787) 723-9188
bankruptcyjusticia.gobierno.pr@gmail.com